UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 17-06818-AB (SKx)

Robert Sanchez

            Plaintiff,

v.

Ghassem s Auto and Tire Center et al

            Defendants.

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 8, 2017      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE